UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ANDRE GRIFFIN ,<br>    Defendant. | CASE NO. 2:14-MJ-00423-GWF. |

**STIPULATION TO CONTINUE HEARING ON OCTOBER 15, 2014**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, ANDRE GRIFFIN by and through his attorney, Randall J. Roske, and the Plaintiff, the United States of America, by and through its attorney, NICHOLAS DICKINSON, that the status hearing set for October 15, 2014 at 9:00 AM be rescheduled for a time and date convenient to the Court approximately sixty (60) days from the current date. The stipulation is requested for the following reasons:

1. Counsel for the parties are exploring the possibility of an alternative resolution of this matter obviating the need for the Defendant to be transferred to the Central District of California.

2. Attorneys for the United States are not opposed to the continuance in this case.

//
//
//
//

1  3.   The Defendant is not opposed to the continuance.

3       DATED this 14th day of October, 2014.

|  |  |
|---|---|
|  | DANIEL BOGDEN, <br> UNITED STATES ATTORNEY |
| _____/s/_____ <br> Randall J. Roske, <br> Counsel for Defendant <br> Mr. Andre Griffin | _____/s/_____ <br> Nicholas Dickinson, <br> Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ANDRE GRIFFIN ,<br>　　　　Defendant. | CASE NO. 2:14-MJ-00423-GWF. |

**ORDER STAYING TRANSFER OF DEFENDANT TO THE CENTRAL DISTRICT OF CALIFORNIA AND CONTINUANCE OF HEARING STATUS DATE**

　　Based upon the Stipulation of counsel for the parties hereto, and good cause appearing for same:

　　IT IS HEREBY ORDERED that the Defendant, Andre Griffin's removal from the District of Nevada to the Central District of California is hereby stayed until the next Status Hearing date.

　　IT IS FURTHER ORDERED that the Status Hearing scheduled for the 15th day of October 2014, be vacated and continued to the 15th day of December, 2014, at the hour of 9:30 a.m.

　　DATED this 14th day October, 2014.

_George Foley Jr._
United States Magistrate